# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

May 6, 2020

BY ECF

Hon. Magistrate Judge Orenstein
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Pierrelouis v. PLS Check Cashers of New York, Inc., et. al.*
                 *19-CV-5954 (CBA)(JO)*

Honorable Judge Orenstein:

I represent the plaintiff in the above matter. The parties have filed at the American Arbitration Association and are attempting to resolve the dispute. If the dispute does not resolve, the parties expect litigation to last approximately six months to one year thereafter.

Thank you for your consideration.

                                  Respectfully submitted,

                                  RAYMOND NARDO, ESQ.

RN:rn
cc:    Ines Monte, Esq. (by email)